**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U. S. A.<br><br>            Plaintiff,<br><br>vs.<br><br>Figueroa<br>            Defendant. | District No.   2:08-CR-273-JCM-RJJ |

**ORDER TEMPORARILY UNSEALING TRANSCRIPT**

On November 12, 2010, this court received a transcript order dated November 10, 2010, requesting a transcript of a hearing held on October 8, 2010, from Ms. Christina Brown, counsel for plaintiff, in which a **portion of the hearing was sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed by the Clerk for the limited purpose of providing a copy of the transcript as requested by Ms. Brown.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed by the Clerk, and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 17th day of November, 2010.

James C. Mahan
United States District Judge