UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:08-CR-273 JCM (RJJ) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| PRINCE FIGUEROA, | |
| Defendant(s). | |

Presently before the court is defendant Prince Figueroa's motion for appointment of counsel. (ECF No. 99). Also before the court are his motion to seal the accompanying financial affidavit (ECF No. 100), and his motion to terminate his supervised release (ECF No. 102).

With good cause appearing, the court GRANTS defendant's motion to seal. The financial affidavit contains private financial information, and the need to keep that information private outweighs the public's interest in disclosure and access to court records. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

Further, upon review of the financial affidavit, the court GRANTS defendant's motion for appointment of counsel. The court appoints the District of Nevada Office of the Federal Public Defender and Assistant Federal Public Defender Heidi Ojeda as defendant's post-trial counsel in this matter, pursuant to this district's CJA administration plan and 18 U.S.C. § 3006A.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for appointment of counsel (ECF No. 99) be, and the same hereby is, GRANTED. The District of Nevada Office of the Federal Public Defender and Assistant Federal Public Defender Heidi Ojeda are appointed as counsel to defendant.

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that defendant's motion to seal (ECF No. 100) be, and the
2    same hereby is, GRANTED.  The clerk's office is instructed to maintain defendant's financial
3    affidavit (ECF No. 101) under seal.
4    DATED June 29, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -